THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS ACERRA, Appellant.— Judgment of the County Court, Kings county, convicting the appellant of the crime of manslaughter in the second degree, and order denying motion to set aside the verdict and for a new trial, affirmed. No opinion. Lazansky, P. J., Carswell, Adel and Close, JJ., concur; Hagarty, J., dissents and votes to reverse and to dismiss the indictment on the ground that the defendant's guilt was not established beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Appeal by defendant from a judgment of the County Court of Queens county, convicting it of maintaining a public nuisance in connection with the operation of empty trolley cars over its right of way. Judgment reversed on the law and indictment dismissed. Assuming, without deciding, that the facts established the existence of a nuisance, its redress by those aggrieved is by resort to civil remedies for the obtaining of damages or injunctive relief, or both. (*People* v. *Cooper*, 200 App. Div. 413, 416; *People* v. *Transit Development Co.*, 131 id. 174.) The rights invaded by the maintenance of the alleged nuisance are not suffered by the complainants in their status as citizens or part of the public. They suffer in their private capacity in respect of an interference with the comfortable enjoyment of their homes, which latter is a private nuisance and does not become a public one merely because a considerable number are injured. The noises of which complaint is made are contemporaneous with noises incident to the operation of an elevated railroad above the private way upon the tracks of which latter the empty trolley cars are operated. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GOLDSMITH, Appellant.— From a judgment of conviction of the crimes of conspiracy, pool-selling, bookmaking, bets and wagers, rendered by the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], the defendant appeals. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE MONSKY, Appellant.— Judgment of the County Court of Nassau county, convicting the defendant of crimes of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and order denying motion to set aside the verdict and for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MONSKY, Appellant.— Judgment of the County Court of Nassau county, convicting the defendant of crimes of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and order denying motion to set aside the verdict and for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL NOTO, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crimes of robbery in the first degree and grand larceny in the first degree, unanimously affirmed pursuant to section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.